# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAY GOODLEY,**
Appellant,

v.

**DEREK BYERLY** and **GUARDIANSHIP OF CATHERINE KOLEN,**
Appellees.

No. 4D19-33

[July 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter M. Weinstein, Judge; L.T. Case No. PRC160001493.

Jay Goodley, Hollywood, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and FORST, JJ., and CROOM, JANET C., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***